UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-22018-CIV-ROSENBAUM/SELTZER

ADAM BURDEN, *et al.*,

        Plaintiffs,

v.

CITY OF OPA LOCKA,

        Defendant.
_____/

## ORDER SETTING RESPONSE DEADLINE

This matter is before the Court upon Plaintiff's Response to D.E. 75 Order to Show Cause [D.E. 177]. On February 13, 2013, Defendant filed motions to tax costs against Plaintiffs Tamika Miller and Vincent Robinson [D.E. 157 & D.E. 158]. Under the Local Rules, responses to Defendant's motions were due by March 4, 2013. However, when Plaintiffs Miller and Robinson did not file any response in opposition to Defendant's motions, the Court ordered them to show cause why Defendant's motion should not be granted by default. In sum, Plaintiff's counsel responded that the failure to respond was due to his excusable neglect. Accordingly, it is **ORDERED and ADJUDGED** that Plaintiffs Miller and Robinson shall have until **March 20, 2013**, to respond to Defendant's costs motions. Failure to timely submit a response will result in the motions being granted by default.

**DONE and ORDERED** in Fort Lauderdale, Florida, this 13th day of March 2013.

                                                        _____
                                                        ROBIN S. ROSENBAUM
                                                        UNITED STATES DISTRICT JUDGE

Copies to:
The Honorable Barry S. Seltzer
Counsel of Record