UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-22018-CIV-ROSENBAUM/SELTZER

ADAM BURDEN, LARRY RILEY,
VINCENT ROBINSON, TAMIKA MILLER,
TARA LAZIER, and
GUITHELE RUIZ-NICOLAS,

       Plaintiffs,

v.

CITY OF OPA LOCKA,

       Defendant.

_____/

**ORDER**

       This matter is before the Court upon Defendant's Status Report [D.E. 221] filed on July 9, 2013.  Previously, the parties notified the Court that all parties had reached a settlement agreement that rendered the pending fees and costs motions moot.  D.E. 219.  On the parties' motion, the Court stayed consideration of those motions and ordered the parties to file a notice withdrawing the pending motions by July 9, 2013.  D.E. 220.  On July 9, Defendant filed a status report indicating that the City of Opa Locka had approved settlements with five of the six Plaintiffs.  D.E. 221. Defendant also noted that the settlements are not yet finalized and requested until July 30, 2013, to withdraw the pending motions resolved by the parties' agreement.

       The Court construes Defendant's request as a motion for an extension of the deadline to withdraw the settled fees and costs motions.  However, the Local Rules of this Court require a party submitting motion to confer or "make a reasonable effort" to confer with the opposing side in an attempt to resolve the motion by agreement.  L.R. 7.1(a)(3), S.D. Fla.  Parties must also "cooperate and act in good faith in attempting to resolve the dispute."  *Id.*  When submitting a motion, the

moving party must certify that a conference took place, and failing to include this certificate may be cause for denying a motion.  *Id.*

Defendant's Status Report does not indicate whether Defendant conferred with Plaintiffs prior to seeking the extension nor whether Plaintiffs agree to such an extension.  Accordingly, it is **ORDERED and ADJUDGED** that Defendant's construed motion for an extension is **DENIED without prejudice**.  Defendant may renew the motion after an appropriate conferral.

**DONE AND ORDERED** at Fort Lauderdale, Florida, this 9th day of July 2013.

_____
ROBIN S. ROSENBAUM
UNITED STATES DISTRICT JUDGE

cc:   counsel of record