UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-22018-CIV-ROSENBAUM/SELTZER

ADAM BURDEN, *et al.*,

      Plaintiffs,

v.

CITY OF OPA LOCKA,

      Defendant.
_____/

## ORDER ON SETTLED COSTS AND FEES MOTIONS

This matter is before the Court upon Defendant's Motions to Tax Costs and Fees against Larry Riley [D.E. 122 & D.E. 132], Tara Lazier [D.E. 123 & D.E. 133], Guithele Ruiz-Nicolas [D.E. 124 & D.E. 131], and Vincent Robinson [D.E. 158 & D.E. 183] and Plaintiff Adam Burden's Motions to Tax Costs and Fees against Defendant [D.E. 178 & D.E. 185]. On June 25, 2013, the Court entered an order staying consideration of these motions in light of the parties' tentative settlement agreement resolving them. D.E. 220; see D.E. 217; D.E. 219. The Court required the parties to finalize their agreement and withdraw the motions by July 9, 2013. D.E. 220. On July 9, the parties informed the Court that the settlement agreement has been approved with respect to five of the six Plaintiffs but requested that the Court extend the deadline to withdraw the motions so that settlement documents could be finalized.[1] D.E. 223. The Court granted the parties' motion and extended the deadline to withdraw the motions until July 30, 2013. D.E. 224.

---

[1] The parties also informed the Court that a settlement was not approved with respect to Plaintiff Tamika Miller and that the stay should be lifted with respect to those motions. D.E. 223, ¶ 4. Those motions will be resolved by separate order.

To date, however, the parties have not withdrawn their motions. As the deadline to withdraw as since passed, and the parties have not sought another extension of the deadline, it is **ORDERED and ADJUDGED** that Defendant's Motions to Tax Costs and Fees against Larry Riley [D.E. 122 & D.E. 132], Tara Lazier [D.E. 123 & D.E. 133], Guithele Ruiz-Nicolas [D.E. 124 & D.E. 131], and Vincent Robinson [D.E. 158 & D.E. 183] and Plaintiff Adam Burden's Motions to Tax Costs and Fees against Defendant [D.E. 178 & D.E. 185] are **DENIED AS MOOT** in light of the settlement. The Court retains jurisdiction to enforce the terms of the settlement agreement.

**DONE and ORDERED** in Fort Lauderdale, Florida, this 21st day of August 2013.

ROBIN S. ROSENBAUM
UNITED STATES DISTRICT JUDGE

Copies to:
The Honorable Barry S. Seltzer
Counsel of Record